ERNST BEHRE and Others, Plaintiffs, v. SECOND RUSSIAN INSURANCE COMPANY, Respondent. ALBERT MASSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.